**IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| CARL E. DICKSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. CIV-08-1375-F |
| | ) |
| COMMISSIONER OF SOCIAL SECURITY, | ) |
| | ) |
| Defendant. | ) |

## ORDER

Plaintiff Carl E. Dickson brings this action seeking judicial review of a denial of benefits by the Social Security Administration.

Magistrate Judge Robert E. Bacharach issued a Report and Recommendation on August 31, 2009 (doc. no. 15), recommending that the Commissioner's decision be reversed and that the matter be remanded with directions for the Social Security Administration to award insurance benefits and supplemental security income. The Commissioner has filed an objection asking the court to reject the recommendations of the magistrate judge, to affirm the administrative law judge and deny benefits or, alternatively, to remand the case for further proceedings. (Objections at doc. no. 16.)

Having reviewed the Report, the record, and the relevant arguments and authorities, the court finds that no purpose would be served by setting out any further analysis here. The court rejects the Commissioner's objections to the Report and finds that the Report should be adopted in its entirety.

Accordingly, the court **ACCEPTS**, **AFFIRMS**, and **ADOPTS** the findings and recommendations of Magistrate Judge Bacharach as stated in his Report and Recommendation. The decision of the administrative law judge denying benefits is

**REVERSED**.  This matter is hereby **REMANDED** with instructions for the Social Security Administration to award insurance benefits and supplemental security income.

Dated this 22nd day of September, 2009.

_____
STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE

08-1375p002.wpd